THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jimmy Williams, Appellant.
 
 
 

Appeal From Horry County
 Edward B. Cottingham, Circuit Court Judge
Unpublished Opinion No. 2010-UP-532
Submitted December 1, 2010  Filed
 December 14, 2010
AFFIRMED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh,  Assistant Deputy Attorney General Donald J. Zelenka,
 and Assistant Deputy Attorney General Salley W. Elliott, and Senior Assistant Attorney General Melody Brown,all of Columbia; and Solicitor
 J. Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: Jimmy
 Williams appeals his conviction for murder, arguing the trial court erred in
 denying his motion for a directed verdict.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v. Weston, 367 S.C. 279, 292-93, 625 S.E.2d 641,
 648 (2006) (explaining if any direct evidence or any substantial circumstantial
 evidence reasonably tends to prove the guilt of the accused, the appellate
 court must find the case was properly submitted to the jury).
AFFIRMED.
HUFF,
 KONDUROS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.